**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/13/17 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:  Apostolos Yialouris aka Paul Yialouris<br>                    Debtor<br><br>VW Credit, Inc., its successors and/or assigns<br>                    Movant<br>        vs.<br><br>Apostolos Yialouris aka Paul Yialouris<br>                    Debtor<br><br>Ronda J. Winnecour<br>                    Trustee | CHAPTER 13<br><br>Case    NO. 15-21811 GLT<br>Related to Dkt. Nos. 57 and 61<br>Hearing:  February 15, 2017 at 10:00 a.m.<br><br>11 U.S.C. Section 362 |

**MOTION TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from the Automatic Stay of VW Credit, Inc., (doc. 57), which was filed with the Court on or about **December 30, 2016**.

David Valencik, Esquire, Counsel for the Debtor, has consented to the withdrawal of the motion.

The hearing scheduled for February 15, 2017 is **cancelled.** The Clerk shall terminate the *Motion to Withdraw Motion for Relief from the Automatic Stay* [Dkt. No. 61], filed by VW Credit, Inc.

                                                             **/s/ James C. Warmbrodt, Esquire**
                                                             James C. Warmbrodt, Esquire
                                                             Attorney I.D. No. 42524
                                                             KML Law Group, P.C.
                                                             701 Market Street, Suite 5000
                                                             Philadelphia, PA  19106
                                                             Ph. 215-627-1322, Fax: 215-627-7734
                                                             jwarmbrodt@kmllawgroup.com

February 10, 2017

SO ORDERED
February 13, 2017

_____
GREGORY L. TADDONIO  cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 15-21811-GLT
Apostolos Yialouris                                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Feb 13, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2017.
db             +Apostolos Yialouris,    819 Sherwood Road,    Pittsburgh, PA 15221-3773

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2017 at the address(es) listed below:
              Christos A. Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              David Z. Valencik    on behalf of Debtor Apostolos  Yialouris dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
              Kenneth D. Henderson    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us
              Martin A. Mooney    on behalf of Creditor    VW Credit Leasing Ltd. tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7