# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**RECEIVED 2017 FEB 23 P 4:18 CLERK U.S. BANKRUPTCY COURT PITTSBURGH**

## *Conciliation Conference:*

**Debtor:** APOSTOLOS YIALOURIS
**Case Number:** 15-21811-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 23, 2017 11:30 AM   3251 US S
**Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matter:*

#41 - Continued Confirmation of Plan Dated 11/19/2015 - NFC
R / M #:   41 / 0

## *Appearances:*

Debtor: Valencia
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __✓__ An Amended Plan is to be served on all creditors and certificate of service filed by  3/23/17
   Objections are due on or before 4/13/17.
   A hearing on the Amended Plan is set for 5/18/17 at 2:30 pm.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Debtor on social security & lives with his mother. Debtor waiting for collection of an A/R to fully fund plan. Needs to 100% based on an A/R.

2/15/2017   3:25:39PM