## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

    **Debtor:** APOSTOLOS YIALOURIS
    **Case Number:** 15-21811-GLT      **Chapter:** 13
    **Date / Time / Room:** THURSDAY, MAY 18, 2017 02:30 PM  3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
5/23/17 12:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#68 - Amended Plan Dated 3-23-17 (NFC)
R / M #: 68 / 0

### *Appearances:*

Valencik

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __8/24/17__ at __0:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/12/2017    8:15:27AM