# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** APOSTOLOS YIALOURIS
**Case Number:** 15-21811-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 24, 2017 02:00 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#68 - Continued Confirmation of Plan Dated 3-23-17 (NFC)
#72 - Objection by PA Dept. of Revenue
**R / M #:** 68 / 0

### Appearances:

**Debtor:** _Valenchy_ (signature)
**Trustee:** Winnecour / Bedford / Pail / **Katz** (circled)
**Creditor:**

### Proceedings:

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __11/16/17__ at __3:00 pm__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
     Objections are due on or before _____.
     A hearing on the Amended Plan is set for _____ at _____
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten notes:* Deal is that Debtor to review income funded plan to raise % to UnS to 100%. If will agree will confirm on that basis. Otherwise will consider contested plan.

RECEIVED 2017 AUG 25 A 11:52 U.S. BANKRUPTCY COURT PITTSBURGH

8/16/2017    3:05:57PM