**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>APOSTOLOS YIALOURIS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Repondents. | Case No.:15-21811 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 05/18/2015 and confirmed on 12/11/2015 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,773.23 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 15,773.23 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,500.00 | |
|     Trustee Fee | 652.96 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,152.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PA DEPARTMENT OF REVENUE* | 8,529.15 | 3,137.10 | 218.23 | 3,355.33 |
|     Acct: XXXXX01AN | | | | |
|   VW CREDIT INC | 7,389.38 | 7,389.38 | 875.56 | 8,264.94 |
|     Acct: XXX7155 | | | | |
| | | | | 11,620.27 |
| **Priority** | | | | |
|   DAVID Z VALENCIK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   APOSTOLOS YIALOURIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CALAIARO VALENCIK(*) | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | *** N O N E *** | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS | 4,289.04 | 0.00 | 0.00 | 0.00 |
|     Acct: 1001 | | | | |
|   AMERICAN EXPRESS BANK FSB | 842.21 | 0.00 | 0.00 | 0.00 |

| 15-21811 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 1007 | | | | |
| | JAN WHITTINGTON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | MIDLAND FUNDING LLC | 782.42 | 0.00 | 0.00 | 0.00 |
| | Acct: 3166 | | | | |
| | TONY PANOZZO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 7,715.17 | 0.00 | 0.00 | 0.00 |
| | Acct: 1762 | | | | |
| | DISCOVER BANK(*) | 1,110.57 | 0.00 | 0.00 | 0.00 |
| | Acct: 8117 | | | | |
| | VW CREDIT INC | 480.21 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX7155 | | | | |
| | CAPITAL ONE BANK NA** | 1,681.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 3613 | | | | |
| | CAPITAL ONE BANK NA** | 642.08 | 0.00 | 0.00 | 0.00 |
| | Acct: 7037 | | | | |
| | CAPITAL ONE BANK NA** | 748.72 | 0.00 | 0.00 | 0.00 |
| | Acct: 0703 | | | | |
| | ATLAS ACQUISITIONS LLC - AS ASSIGNEE | 1,590.53 | 0.00 | 0.00 | 0.00 |
| | Acct: 4280 | | | | |
| | ECAST SETTLEMENT CORP | 3,348.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 2382 | | | | |
| | BANK OF AMERICA NA** | 2,544.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 8447 | | | | |

\* \* \* N O N E \* \* \*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 11,620.27 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 15,918.53 | |
| UNSECURED | 25.775.51 | |

Date: 08/01/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com